**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 09-2408**

───────────

RONALD M. CHILDRESS,

            Plaintiff – Appellant,

       v.

UNITED STATES OF AMERICA,

            Defendant – Appellee.

───────────

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Robert J. Conrad, Jr., Chief
District Judge.  (3:08-cv-03922-RJC)

───────────

Submitted:  October 7, 2010          Decided:  August 10, 2011

───────────

Before WILKINSON and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Everett  J.  Mercer,  Sumter,  South  Carolina,  for  Appellant.
William N. Nettles, United States Attorney,  Terri Hearn Bailey,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald M. Childress appeals the district court's order granting the Government's Fed. R. Civ. P. 12(b)(1) motion to dismiss his claims against it under the Federal Tort Claims Act, 28 U.S.C.A. §§ 2671-2680 (West 2006 & Supp. 2010). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See Childress v. United States, No. 3:08-cv-03922-RJC (D.S.C. Oct. 30, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED